UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE, WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>     vs.<br><br>THOMAS MICHAEL CARVER,<br><br>     Defendant | Case No.: 06-247 MJB<br><br>ORDER ON DEFENDANT'S MOTION TO WAIVE PRELIMINARY HEARING AND TO EXTEND SPEEDY INDICTMENT DEADLINE |

Based on the representations of counsel made in Defendant's Motion to Waive Preliminary Hearing and for Waiver of Speedy Indictment, as well as on Mr. Carver's signed Waiver of Preliminary Hearing and Waiver of Speedy Indictment, NOW THEREFORE IT IS HEREBY ORDERED THAT the preliminary hearing in this matter is stricken and the new deadline by which this case must be indicted is on or before August 7, 2006.

DATED this 22nd day of June, 2006

*/s/ M. Benton*
MONICA J. BENTON
United States Magistrate Judge

ORDER ON DEFENDANT'S MOTION TO WAIVE
PRELIMINARY HEARING AND TO EXTEND SPEEDY
INDICTMENT DEADLINE - 1

HORWITZ & STAMM, PLLC
119 First Ave. S., Suite 500
Seattle, WA  98104
(206) 264-8585

Respectfully submitted this 7th day of June, 2006.

HORWITZ & STAMM PLLC

_____
Attorney for Thomas M. Carver
HORWITZ & STAMM PLLC
119 First Ave. S., Suite 500
Seattle, WA  98104
(206) 264-8585
Fax: (206) 682-3002
E-mail: jennifer@seattlecriminalattorney.com

CERTIFICATE OF SERVICE

I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of the Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

Signed by Jennifer Horwitz on June 7, 2006 in Seattle, Washington.

ORDER ON DEFENDANT'S MOTION TO WAIVE
PRELIMINARY HEARING AND TO EXTEND SPEEDY

INDICTMENT DEADLINE - 2

HORWITZ & STAMM, PLLC
119 First Ave. S., Suite 500
Seattle, WA  98104
(206) 264-8585